*Frank J. Looney* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 849. LEHIGH VALLEY RAILROAD COMPANY *v.* ANNA HUBEN, AS ADMINISTRATRIX, ETC. January 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clifton P. Williamson* for petitioner. *Mr. Humphrey J. Lynch* for respondent.

---

No. 850. LEHIGH VALLEY RAILROAD COMPANY *v.* ANNIE BELTZ, AS ADMINISTRATRIX, ETC. January 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clifton P. Williamson* for petitioner. *Mr. Humphrey J. Lynch* for respondent.

---

No. 854. CHICAGO & NORTHWESTERN RAILWAY COMPANY *v.* AUGUSTUS H. BEWSHER. January 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Wymer Dressler* and *R. N. Van Doren* for petitioner. No appearance for respondent.

---

No. 167. CONVOY STEAMSHIP COMPANY, LIMITED, OWNER OF THE STEAMSHIP WILLDOMINO, HER ENGINES, BOILERS, ETC. *v.* CHARLES PFIZER & COMPANY, INC. On writ of certiorari to the Circuit Court of Appeals for the Third Circuit. January 22, 1926. Writ of certiorari dismissed on authority of counsel for the petitioner. *Messrs. Francis Rawle, Joseph W. Henderson, George Whitefield Betts, Jr.,* and *George C. Sprague* for petitioner. *Messrs. D. Roger Englar* and *James D. Carpenter, Jr.,* for respondent.